# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MONTENEQUE NAKIA KNOX, | ) | 3:09-CV-0559-HDM (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 25, 2010 |
| | ) | |
| TANIA ARGUELLO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT: <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>JENNIFER COTTER</u>    REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

      Defendants have filed a Motion to Vacate November 16, 2010, Mediation and Stay Mediation Pending the Court's Decision on Defendants' Motion to Dismiss Complaint (Doc. #25).  Good cause appearing,

      Defendants' Motion to Vacate November 16, 2010, Mediation and Stay Mediation Pending the Court's Decision on Defendants' Motion to Dismiss Complaint (Doc. #25) is **<u>GRANTED</u>**.   The Inmate Early Mediation Conference scheduled on **November 16, 2010, at 1:30 p.m.** is **<u>VACATED</u>** and will be reset pending a decision on Defendants' Motion to Dismiss (Doc. #24) if necessary.

      **IT IS SO ORDERED.**

                                                                  LANCE S. WILSON, CLERK

                                                                  By:   <u>    /s/                              </u>
                                                                          Deputy Clerk